Harry FOTOS, Appellant, v. UNITED STATES of America, Appellee.

No. 992.

Circuit Court of Appeals, Tenth Circuit.

Feb. 20, 1934.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

This cause was pending on appeal in this court on December 6, 1933.

On authority of United States v. Chambers et al., 54 S. Ct. 434, 78 L. Ed. ——, this cause is reversed and remanded, with instructions to dismiss with prejudice. The mandate will issue forthwith.

FULTON IRON WORKS, Appellant, v. FIRST NATIONAL BANK IN ST. LOUIS.

No. 9851.

Circuit Court of Appeals, Eighth Circuit.

Jan. 22, 1934.

R. Walston Chubb and Monroe Oppenheimer, both of St. Louis, Mo., for appellant.

Henry Davis, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of appellant, pursuant to stipulation of parties.

GOULDS, Inc., Ltd., Appellant, v. LEVY BROTHERS AND ADLER et al., Appellees.

No. 7269.

Circuit Court of Appeals, Ninth Circuit.

Jan. 23, 1934.

H. A. Goldman, of Los Angeles, Cal., for appellant.

Craig & Weller and Thomas S. Tobin, all of Los Angeles, Cal., for appellees Peters and others.

Gold, Quittner & Kearsley and Francis F. Quittner, all of Los Angeles, Cal., for appellees Levy Bros. & Adler and others.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and motions to dismiss appeal, and oral argument of counsel for respective parties, ordered judgment of District Court affirmed, that a judgment be filed and entered accordingly, and mandate issue within 30 days from date.

In the Matter of the Petition of GREAT EASTERN GRAVEL CORPORATION, as Owner of THE Steam Tug GEORGE A. KEATING, for Limitation of Liability. Northwestern Fire & Marine Insurance Company, Moran Brothers Contracting Co., Inc., Appellants.

NORTHWESTERN FIRE & MARINE INSURANCE COMPANY, Libelant-Appellant, v. THE Steam Tug GEORGE A. KEATING, Her Engines, etc., Great Eastern Gravel Corporation, Claimant-Appellee.

MORAN BROTHERS CONTRACTING COMPANY, Inc., Libelant-Appellant, v. SEABOARD SAND & GRAVEL CORPORATION, Great Eastern Gravel Corporation, Respondents-Appellees.

Nos. 238–240.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Purdy & Purdy, of New York City, for appellant Northwestern Fire & Marine Insurance Co.

Bigham, Englar, Jones & Houston, of New York City (Edmund F. Lamb and Richard F. Shaw, both of New York City, of counsel), for appellant Moran Bros. Contracting Co.

Ernie Adamson, of New York City, for respondent Great Eastern Gravel Corporation.

Foley & Martin, of New York City (James A. Martin and John G. Donovan, both of New York City, of counsel), for appellee Seaboard Sand & Gravel Corporation.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decrees affirmed.

## In the Matter of Petition of Andro GURISTA or Andrew Urista for a Writ of Habeas Corpus.

### No. 6700.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

Jos. J. Moriarity, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

## W. R. HARRINGTON et al., Appellants, v. Younger R. DENNY, Executor, etc., et al.

### No. 9826.

Circuit Court of Appeals, Eighth Circuit.

Nov. 14, 1933.

For opinion below, see 3 F. Supp. 584.

George L. Edwards, of Kansas City, Mo., J. E. McCadden, of Memphis, Tenn., and Paul R. Stinson, of Kansas City, Mo., for appellants.

I. N. Watson, James M. Johnson, Donald W. Johnson, James A. Reed, H. M. Langworthy, Byron Spencer, Frank H. Terrell, and James P. Aylward, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of intervener, J. Frank Guyton, executor, etc., pursuant to stipulation of parties.

## William Albert HARBISON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 208.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1934.

For the opinion below, see 26 B. T. A. 896.

J. E. MacCloskey, Jr., of Pittsburgh, Pa. (Hugh Satterlee, of New York City, of counsel), for petitioner.

Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

The question presented is identical with that decided in Bliss v. Commissioner, 68 F. (2d) 890, handed down herewith. For the reasons there stated, the order must be, and is, reversed.

L. HAND, Circuit Judge, dissents.